

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00515-CV

In the Interest of **J.T.H.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01512
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:     Irene Rios, Justice

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

Delivered and Filed: December 18, 2019

AFFIRMED; MOTION TO WITHDRAW DENIED

This is an appeal from a judgment terminating appellant's parental rights to his child, J.T.H. Appellant's court-appointed counsel filed a motion to withdraw and a brief. In the brief, counsel discusses the applicable law and examines the record in this case. After examining the record, counsel concludes this appeal is frivolous and without merit. Counsel's brief satisfies the requirements of *Anders v. California*, 386 U.S. 738, 744 (1967). *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (noting *Anders* procedures apply in parental termination cases).

Counsel's motion to withdraw states that appellant was provided a copy of the *Anders* brief and advised of his right to request the record and file a pro se brief. We issued an order notifying appellant that he had the right to request the record and file a pro se brief. Appellant did not request the record or file a pro se brief.

After conducting an independent evaluation of the record, we agree this appeal is frivolous and without merit. Accordingly, we affirm the trial court's judgment. Nevertheless, we deny counsel's motion to withdraw because it fails to demonstrate good cause for counsel to withdraw. *See id*. at 27 & n.7 (providing that once counsel is appointed in a parental termination case he "should be permitted to withdraw only for good cause . . . ."). Counsel's obligation to his client extends through the exhaustion or waiver of all appeals. *See* TEX. FAM. CODE ANN. § 107.016(3)(B); *In re P.M.* 520 S.W.3d at 27. If appellant desires to pursue this appeal to the Texas Supreme Court, counsel may satisfy his obligation "by filing a petition for review that satisfies the standards for an *Anders* brief." *See In re P.M.* 520 S.W.3d at 27-28 & n.14.

Irene Rios, Justice